IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER |
| VS. ) | |
| ) | |
| ) | |
| EMMANUEL HURTADO-VARGAS ) | 8:13 CR 201 |
| ) | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 28 2013
OFFICE OF THE CLERK

Upon consideration of the Defendant's Motion for Pre-Proceeding Document Production (#31) and the Government's Response (#33), the motion is granted.

**IT IS ORDERED:**

1. Pursuant to Federal Rule of Criminal Procedure 17, a subpoena be issued for the production of documents and things upon Packer's Sanitation Services, Incorporated for all employment records related to Juan Ruben Belmares, and that such records be provided to the Defendant in advance of the trial date.

DATED this ___28___ day of August 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge